```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
          -v-                       :    20cr052 (DLC)
                                    :
HERMAN STEWARD,                     :         ORDER
                                    :
               Defendant.           :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

Defense counsel having requested medical assistance for his client, Herman Steward (a/k/a "Herman Stewart," USMS 87889-054), it is hereby

ORDERED that the Warden of the Metropolitan Correctional Center ("MCC") shall promptly conduct a medical evaluation of the defendant to determine whether he requires mental health treatment or medical treatment.

IT IS FURTHER ORDERED that the Government shall provide the necessary background information regarding this request to the Warden and report to the Court no later than **August 25, 2020** the results of the evaluation and a description of any medical treatment that is being provided to the inmate.

IT IS FURTHER ORDERED that defense counsel's request to the Court of August 20, 2020 shall be filed under seal.

Dated:   New York, New York
         August 21, 2020

```
                            _____
                                    DENISE COTE
                            United States District Judge
```