```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :     20cr052 (DLC)
                                         :
HERMAN STEWARD,                          :        ORDER
                                         :
              Defendant.                 :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the Government's letter of August 25, 2020 regarding the defendant's medical condition, it is hereby

    ORDERED that the Government's letter of August 25 shall be sealed.

    IT IS FURTHER ORDERED that the Government shall submit a further status report on the defendant's medical condition no later than **September 4, 2020.**

Dated:    New York, New York
           August 26, 2020

                                _____
                                      DENISE COTE
                              United States District Judge