UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :     20cr052 (DLC)
                                       :
            -v-                        :     ORDER
                                       :
HERMAN STEWARD,                        :
                    Defendant.         :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

    Having received the Government's letter of September 4, 2020 regarding the defendant's medical condition, it is hereby

    ORDERED that the Government's letter of September 4 shall be sealed.

    IT IS FURTHER ORDERED that the Government shall submit a further status report on the defendant's medical condition no later than **October 1, 2020.**

Dated:    New York, New York
            September 9, 2020

                                            _____
                                                DENISE COTE
                                    United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/9/2020]