```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
    UNITED STATES OF AMERICA,            :     20cr052 (DLC)
                                         :
                 -v-                     :         ORDER
                                         :
    HERMAN STEWARD,                      :
                            Defendant.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received letters dated October 5, 2020 from the Government and defense counsel regarding the defendant's medical condition, it is hereby

ORDERED that the October 5 letters shall be sealed.

IT IS FURTHER ORDERED that a telephone conference is scheduled for **October 16, 2020** at **11:30 a.m.** in which counsel for the Government and the defendant, and a member of the medical staff of the Metropolitan Correctional Center familiar with the defendant's medical condition, shall participate.  The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:        888-363-4749
    Access code:    4324948

IT IS FURTHER ORDERED that the Bureau of Prisons shall make every effort to have the ultrasound occur before the October 16 telephone conference.

IT IS FURTHER ORDERED that the Bureau of Prisons shall make every effort to have a psychiatrist examine the defendant before October 16.

Dated:   New York, New York
         October 6, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge