```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      20cr052 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
HERMAN STEWARD,                          :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the Government's letter of October 20, 2020 regarding the defendant's medical condition, it is hereby

ORDERED that the Government's letter of October 20 shall be sealed.

IT IS FURTHER ORDERED that the Government shall submit a further status report on the defendant's medical condition no later than **November 6, 2020.**

Dated:   New York, New York
         October 21, 2020

_____
DENISE COTE
United States District Judge