```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :   20cr52-10(DLC)
                                         :
            -v-                          :   ORDER
                                         :
HERMAND STEWARD,                         :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A sentencing is scheduled to occur on **September 23, 2021** at **12:00 PM**. The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

    ORDERED that defense counsel shall respond to the following two questions by **12:00 PM** on **September 16, 2021**:

        1) Does the defendant consent to have the proceeding occur as a videoconference?

        2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         September 13, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge